HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
CHRISTOPHER MAINE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MAINE,<br><br>Defendant. | Case No. 6:25-MJ-00029-HBK<br><br>**MOTION FOR AMENDED ORDER OF RELEASE; ORDER** |

      Christopher Maine, by and through counsel, Assistant Federal Defender Lisa N. Lumeya, hereby requests a corrected order of release to impose and facilitate the Court's sentence as ordered on August 15, 2025.

      Pursuant to his change of plea and sentencing hearing before this Court, Mr. Maine was ordered to serve two days in custody.  *See* ECF No. 9.  Due to his immediate remand into custody, Mr. Maine was ordered to start serving the two-day term on August 15, 2025.  Thus, in order to effectuate the Court's sentence as imposed, Mr. Maine should be released on August 16, 2025, as opposed to August 17, 2025.  *See* 18 U.S.C. § 3624(a) ("A prisoner shall be released by the Bureau of Prisons on the date of the expiration of the prisoner's term of imprisonment[]").

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2025

*/s/ Lisa N. Lumeya*
LISA NDEMBU LUMEYA
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER MAINE

## **O R D E R**

Upon consideration of Defendant Christopher Maine's motion for an amended order of release, IT IS HEREBY ORDERED that the motion is GRANTED. Following the Court's order sentencing Mr. Maine to two days in custody, as well as his immediate remand, Mr. Maine shall be released on August 16, 2025. This Order supersedes any other Order regarding Mr. Maine's release.

DATED: August 15, 2025

Hon. Helena Barch-Kuchta
United States Magistrate Judge