# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No 6:25-mj-00029-HBK |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| CHRISTOPHER MAINE | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 USC § 113(a)(5)

**Sentence Date:** August 15, 2025

**Review Hearing Date:** June 2, 2026

**Probation Expires On:** August 15, 2026

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Mr. Maine was ordered to serve two days in custody, as well as abstain from the use or possession of drugs and alcohol and not frequent establishments where the primary business is the sale of drugs or alcohol.

## DEFENSE POSITION:

☒ To date, Defendant has paid a total of $ 510.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Maine has served his custodial term; abstained from the use or possession of drugs and alcohol and does not frequent establishments where the primary business is the sale of drugs or alcohol; and satisfied the conditions as ordered.

## GOVERNMENT POSITION:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

     If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Joshua Banister, AUSA

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/2/2026 at 10 am

    ☒ be vacated; or in the alternative, allow for Mr. Maine to appear remotely. The government does not oppose vacating the hearing.

☒ that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED:  5/19/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.  Defendant remains on unsupervised probation until August 15, 2026.

☐ DENIED.

Dated:    May 20, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE